# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

HENRY MARTENS,

                Plaintiff,

v.

POSTMASTER DEB SJOSTROM,

                Defendant.

Civil No. 13-2297 (JRT/JSM)

**ORDER ON REPORT AND RECOMMENDATION**

Henry Martens, 53988 County Road 15, Lafayette, MN 56054, *pro se* plaintiff.

Pamela Marentette, Assistant United States Attorney, **UNITED STATES ATTORNEY'S OFFICE,** 300 South Fourth Street, Suite 600, Minneapolis, MN 55415, for defendant.

This matter came before the Court on the Report and Recommendation of United States Magistrate Judge Janie S. Mayeron dated March 17, 2014.  No objections have been filed to that Report and Recommendation in the time period permitted. Based on the Report and Recommendations of the Magistrate Judge and upon all of the files, records and proceedings herein, the Court now makes and enters the following Order.

**IT IS HEREBY ORDERED** that:

(1)      Defendant's Motion for Substitution and to Dismiss [Docket No. 3] is **GRANTED**.

(2)     This matter is dismissed with prejudice.

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

DATED: April 7, 2014

at Minneapolis, Minnesota               ____s/John R. Tunhiem_____
                                        JOHN R. TUNHEIM
                                        United States District Judge